PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PATRICIA A HEIB, | ) |
| | ) CASE NO. 4:17CV360 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| HOOBERRY & ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) **ORDER OF DISMISSAL** |

The Court, having filed its Memorandum of Opinion and Order, hereby dismisses the Amended Complaint (ECF No. 11).

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58. Final.

IT IS SO ORDERED.

| | |
|---|---|
| November 22, 2017 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |