UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-4266

_____

Filed: June 14, 2018

PATRICIA A. HEIB

    Plaintiff - Appellant                                                             4:17cv360 - BYP

v.

HOOBERRY & ASSOCIATES, INC., doing business as Laurie Ann Nursing Home

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/23/2018 the mandate for this case hereby issues today.  Vacated and Remanded

COSTS: None